**Order filed, September 6, 2018.**



In The

# Fourteenth Court of Appeals
———————

## NO. 14-18-00663-CV
———————

### ROY JORDAN, JR., Appellant

### V.

### CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC AND CENTERPOINT ENERGY, INC., Appellee

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2015-53281**

---

### ORDER

The reporter's record in this case was due September 4, 20198. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order My-Thuy Cieslar, the court reporter, to file the record in this appeal **within 15  days** of the date of this order.

PER CURIAM